UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renée Marie Bumb |
| v. | : | |
| WILLIAM H. NOBLE, a.k.a. "Bill" | : | Criminal No. 18-00309 (JHR) |

---

THE UNITED STATES' OPPOSITION TO
DEFENDANT WILLIAM NOBLE'S PRETRIAL MOTIONS

EXHIBIT LIST

---

CRAIG CARPENITO
United States Attorney
U.S. Post Office and Courthouse
401 Market Street, 4th Floor
Camden, New Jersey 08101
(856) 757-5026

On the Memorandum:

GABRIEL J. VIDONI
SARA A. ALIABADI
Assistant U.S. Attorneys

| EXH. | DESCRIPTION |
|---|---|
| A | Criminal Complaint and Affidavit |
| B | Draft Transcript of April 19, 2017 CHS Recording |
| C | Bureau of Prisons Program Statement regarding Special Housing Units |
| D | Bureau of Prisons Psychology Services Manual |
| E | FCI Fort Dix 2019 Patient Care Policy |
| F | Bureau of Prisons Global Inmate Report for William Noble (redacted) |
| G | Excerpts from William Noble Medical Records (redacted) |
| H | Inmate History Quarters for William Noble and Paul Marlowe |
| I | Draft Transcript of February 5, 2018 Post-Arrest Interview |
| J | Audio of February 5, 2018 Post-Arrest Interview |
| K | Bureau of Prisons Psychology Services Intake Screening form (redacted) |
| L | Transcript of November 16, 2012 Sentencing in the District of Massachusetts |