# Exhibit F

Date:     07/28/2020
Time:     12:56 PM

**Federal Bureau of Prisons**
**TRUINTEL**
**Global Inmate Report**
**Sensitive But Unclassified**

**Demographics**

Reg#: 94082038

Last Name: NOBLE

First Name: WILLIAM

Sex:

Date of Birth: ▓▓▓▓

Height:

Weight:

Hair Color:

Eye Color:

Race:

Ethnicity:

Place of Birth:

Citizenship:

Legal Residence:

**Custody**

Security: LOW

Custody Level: IN

Care Level:

Proj. Rlse Date:

Proj. Rlse method:

PSF1:

PSF2:

PSF3:

**Last Payroll Posted**

| Location Code | Department | Pay Area | Pay Period |
|---|---|---|---|
| FTD | CORRECTIONAL SERVICES | EAST CORRECTIONAL SERVICES | APRIL 2017 |

**Location**

TRUFACS Arrival: 11/30/2012

Local Arrival: 2/6/2018

Location Code: PHL

Alpha Code: PHL

Housing Unit: PHL-F-S

Quarters: F03-631U

**STG Assignments**

| STG Type | STG Name | STG Role | STG Status |
|---|---|---|---|
| STP | Sex Ofndr | Active | Completed |

**Intelligence**

| Date | Type | Subject | Attachment | Original Entered By | Original Location Code |
|---|---|---|---|---|---|
| 3/6/2018 | Non-STG Group Activity | Info | 1 | TF19363 | PHL |
| 1/23/2018 | Suspicious Activity | Extension for SIS | 1 | TF38465 | FTD |

User ID:   TF16990

Date:    07/28/2020
Time:    12:56 PM

# Federal Bureau of Prisons
## TRUINTEL
## Global Inmate Report
### Sensitive But Unclassified

Investigation

| 5/9/2017 | Contraband | Subpeonas and search  3 warrants for 04-26-2017 | TF38029 | FTD |

**Incidents**

| Significant Incident | Incident Date | Description | Submit Approved By | 583 Status | 586 Status |

**Cases**

| Case Number | Case Type | Case Subtype | Case Status | Opened Date | Closed Date |
|---|---|---|---|---|---|
| FTD-16-0190 | Investigative | Protective Custody | Closed | 5/4/2016 | 5/24/2016 |
| FTD-16-0190-A | Investigative | Protective Custody | Closed | 5/4/2016 | 6/21/2016 |

**STG Disassociation Cases**

| Case Number | Summary |

**Referrals**

| Referral Number | Agency Category | Agency | Original Entered Date | Current Status | Current Status Date |

**Subpoenas**

| Subpoena | Agency Category | Agency | Original Entered Date | Current Status | Current Status Date |

**Positive Breathalyzer**

| Initial Tested Date | Alpha Code | Final Result |

**Positive Urinalysis**

| Cup Provided Date | Alpha Code | Final Result |

**PREA At Risk Inmate List**

| Reg # | Name | Inmate Alpha Code | Living Quarters |

**Two Hour Watch Inmate List**

| List Alpha Code | Reg # | Name | Inmate Alpha Code | Living Quarters |

**Truintel Items**

| Item Number | Recovered Date | Type | Subtype | Description |

**TruScope Contraband**

| Recovered Date | Hard Item Type | Hard Sub Type | Nuisance Item Type | Nuisance Sub Type |
|---|---|---|---|---|
| 8/31/2014 11:50:00 PM CST | | | | |
| 10/20/2014 5:58:00 PM CST | | | | |
| 12/5/2014 7:00:00 PM CST | | | | |

Date:    07/28/2020
Time:    12:56 PM

Federal Bureau of Prisons
TRUINTEL
**Global Inmate Report**
**Sensitive But Unclassified**

12/29/2014 12:15:01 PM CST
1/30/2015 7:39:39 PM CST
2/4/2015 5:47:00 PM CST
2/17/2015 11:07:08 PM CST
2/25/2015 5:30:35 PM CST
6/6/2015 7:17:54 PM CST
1/24/2016 12:33:00 PM CST
4/13/2016 11:30:00 AM CST
7/29/2016 6:22:20 PM CST
2/2/2017 12:24:00 AM CST
3/21/2018 12:23:14 PM CST
4/5/2018 12:14:24 PM CST
4/15/2018 11:36:57 AM CST
4/25/2018 1:15:53 PM CST
5/11/2018 11:59:43 AM CST
8/6/2018 8:18:16 PM CST

Date:    07/28/2020
Time:    02:10 PM
Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Reg #: | 94082038 | | Start Dt: 4/26/2017 | | End Dt: 2/5/2018 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☑Money Received | | | ☑Money Sent | | ☑Contact List | ☑Addresses | ☑Phone List | | ☑Calls |
| ☑Email List | | | ☑Messages | | ☑Visitor List | ☑Visits | ☐Timeline | | |

**Money Received**

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 1/21/2018 1:04:33 PM | FTD | Western Union | $25.00 | | | | | | |
| 12/22/2017 9:03:59 AM | FTD | Western Union | $100.00 | | | | | | |
| 12/14/2017 5:13:20 AM | FTD | Lockbox - CD | $75.00 | | | | | | |
| 12/2/2017 7:04:57 AM | FTD | Money Gram | $100.00 | | | | | | |
| 11/28/2017 5:14:15 AM | FTD | Lockbox - CD | $25.00 | | | | | | |
| 11/20/2017 7:08:04 AM | FTD | Western Union | $25.00 | | | | | | |
| 11/4/2017 5:14:38 AM | FTD | Lockbox - CD | $25.00 | | | | | | |
| 11/1/2017 7:06:30 AM | FTD | Western Union | $40.00 | | | | | | |
| 10/1/2017 7:04:52 AM | FTD | Western Union | $25.00 | | | | | | |
| 9/30/2017 5:17:35 AM | FTD | Lockbox - CD | $25.00 | | | | | | |
| 8/26/2017 5:14:00 AM | FTD | Lockbox - CD | $25.00 | | | | | | |
| 8/22/2017 7:06:36 AM | FTD | Western Union | $25.00 | | | | | | |
| 7/8/2017 7:05:44 AM | FTD | Western Union | $50.00 | | | | | | |
| 7/1/2017 10:04:03 AM | FTD | Western Union | $75.00 | | | | | | |
| 6/27/2017 7:07:08 AM | FTD | Western Union | $25.00 | | | | | | |

Date:    07/28/2020                                                                                           Location: DC
Time:    02:10 PM

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Transaction Date | Loc | Trans Type | Amount | Sender Nm | Address | City | St | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 6/27/2017 5:18:13 AM | FTD | Lockbox - CD | | | | | | | |
| 6/20/2017 7:06:51 AM | FTD | Western Union | | | | | | | |
| 5/30/2017 7:06:38 AM | FTD | Western Union | | | | | | | |
| 5/15/2017 10:05:22 PM | FTD | Western Union | | | | | | | |
| 5/10/2017 6:27:23 AM | FTD | Payroll - IPP | | | | | | | |
| 5/5/2017 9:04:39 PM | FTD | Western Union | | | | | | | |
| 5/1/2017 7:07:49 AM | FTD | Western Union | | | | | | | |

## Money Sent

| Transaction Date | Loc | Trans Type | Amount | Recipient Nm | Address | City | St | Zip |
|---|---|---|---|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | | | | | |

## Contact List

| Contact Nm | Relationship | Email | Phone | Mail |
|---|---|---|---|---|
| | Friend | ☐ | ☑ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Sibling | ☐ | ☑ | ☑ |
| | Friend | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☐ | ☑ |
| | Clergy | ☐ | ☑ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Other Relation | ☐ | ☑ | ☑ |
| | Clergy | ☐ | ☐ | ☑ |
| | Clergy | ☐ | ☑ | ☑ |
| | Friend | ☐ | ☐ | ☑ |

Date:     07/28/2020
Time:     02:10 PM

Location: DC

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Contact Nm | Relationship | Email | Phone | Mail |
|---|---|---|---|---|
| | Friend | ☐ | ☐ | ☑ |
| | Attorney | ☐ | ☑ | ☑ |
| | Business | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Children | ☐ | ☑ | ☑ |
| | Spouse | ☐ | ☑ | ☑ |
| | Children | ☐ | ☑ | ☑ |
| | Children | ☐ | ☑ | ☑ |
| | Other Relation | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Friend | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Other Relation | ☐ | ☑ | ☑ |
| | Sibling | ☐ | ☐ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Other Relation | ☐ | ☑ | ☑ |
| | Friend | ☐ | ☑ | ☑ |
| | Other Relation | ☐ | ☐ | ☑ |
| | Other Relation | ☐ | ☑ | ☑ |
| | Other Relation | ☐ | ☐ | ☑ |
| | Other Relation | ☐ | ☐ | ☑ |
| | Other Relation | ☐ | ☐ | ☑ |
| | Other Relation | ☐ | ☐ | ☑ |
| | Other Relation | ☐ | ☑ | ☑ |
| | Other Relation | ☐ | ☐ | ☑ |

User ID:   TF52772

Date:   07/28/2020
Time:   02:10 PM

Location: DC

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Contact Nm | Relationship | Email | Phone | Mail |
|---|---|---|---|---|
| | Clergy | ☐ | ☐ | ☑ |

**Addresses**

| Contact Nm | Relationship | Address | City | State | Zip |
|---|---|---|---|---|---|
| | Friend | | | | |
| | Friend | | | | |
| | Sibling | | | | |
| | Friend | | | | |
| | Friend | | | | |
| | Friend | | | | |
| | Clergy | | | | |
| | Clergy | | | | |
| | Clergy | | | | |
| | Friend | | | | |
| | Other Relation | | | | |
| | Clergy | | | | |
| | Clergy | | | | |
| | Clergy | | | | |
| | Clergy | | | | |
| | Clergy | | | | |
| | Friend | | | | |
| | Friend | | | | |
| | Attorney | | | | |
| | Attorney | | | | |
| | Business | | | | |
| | Friend | | | | |
| | Friend | | | | |
| | Children | | | | |

User ID:   TF52772

Date:    07/28/2020
Time:    02:10 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Contact Nm | Relationship | Address | City | State | Zip |
|---|---|---|---|---|---|
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Spouse | | | | |
| | Spouse | | | | |
| | Spouse | | | | |
| | Spouse | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Children | | | | |
| | Other Relation | | | | |
| | Other Relation | | | | |
| | Other Relation | | | | |
| | Other Relation | | | | |
| | Friend | | | | |
| | Friend | | | | |

Date:   07/28/2020
Time:   02:10 PM

Location: DC

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Contact Nm | | Relationship | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| | | Friend | | | | |
| | | Friend | | | | |
| | | Friend | | | | |
| | | Friend | | | | |
| | | Friend | | | | |
| | | Friend | | | | |
| | | Friend | | | | |
| | | Other Relation | | | | |
| | | Sibling | | | | |
| | | Friend | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Friend | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Other Relation | | | | |
| | | Clergy | | | | |

**Phone List**

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|

Date:  07/28/2020
Time:  02:10 PM

Location: DC

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 3/7/2018 9:53:26 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 3/14/2018 7:52:36 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 3/23/2018 8:07:34 AM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 4/28/2018 2:37:55 PM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 4/28/2018 2:37:55 PM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 9/28/2018 1:52:37 PM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 10/16/2018 8:38:11 PM | 10/18/2018 1:09:58 PM | PHL | Inactive | | | | |
| 10/16/2018 12:53:04 PM | 10/16/2018 8:38:11 PM | PHL | Inactive | | | | |

User ID:  TF52772

Date: 07/28/2020
Time: 02:10 PM

Location: DC

## Federal Bureau of Prisons
### TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|
| 4/28/2018 2:37:55 PM | 9/29/2018 7:37:26 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 9/29/2018 7:37:26 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 9/29/2018 7:22:26 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 9/29/2018 7:22:26 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 9/29/2018 7:22:26 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 9/29/2018 7:22:26 AM | PHL | Inactive | | | | |
| 4/16/2018 7:23:31 PM | 9/28/2018 1:52:37 PM | PHL | Inactive | | | | |
| 8/10/2018 4:06:01 AM | 8/10/2018 4:06:01 AM | PHL | Inactive | | | | |
| 8/10/2018 4:06:00 AM | 8/10/2018 4:06:00 AM | PHL | Inactive | | | | |
| 8/10/2018 4:06:00 AM | 8/10/2018 4:06:00 AM | PHL | Inactive | | | | |
| 8/10/2018 4:06:00 AM | 8/10/2018 4:06:00 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:59 AM | 8/10/2018 4:05:59 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:59 AM | 8/10/2018 4:05:59 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:59 AM | 8/10/2018 4:05:59 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:58 AM | 8/10/2018 4:05:58 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:58 AM | 8/10/2018 4:05:58 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:58 AM | 8/10/2018 4:05:58 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:57 AM | 8/10/2018 4:05:57 AM | PHL | Inactive | | | | |

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|
| 8/10/2018 4:05:57 AM | 8/10/2018 4:05:57 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:57 AM | 8/10/2018 4:05:57 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:56 AM | 8/10/2018 4:05:56 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:56 AM | 8/10/2018 4:05:56 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:56 AM | 8/10/2018 4:05:56 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:55 AM | 8/10/2018 4:05:55 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:55 AM | 8/10/2018 4:05:55 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:55 AM | 8/10/2018 4:05:55 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:54 AM | 8/10/2018 4:05:54 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:54 AM | 8/10/2018 4:05:54 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:54 AM | 8/10/2018 4:05:54 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:53 AM | 8/10/2018 4:05:53 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:53 AM | 8/10/2018 4:05:53 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:53 AM | 8/10/2018 4:05:53 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:53 AM | 8/10/2018 4:05:53 AM | PHL | Inactive | | | | |
| 8/10/2018 4:05:52 AM | 8/10/2018 4:05:52 AM | PHL | Inactive | | | | |

Date:  07/28/2020
Time:  02:10 PM

Location: DC

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|
| 8/10/2018 4:05:52 AM | 8/10/2018 4:05:52 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 4/28/2018 2:37:55 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 4/28/2018 2:37:55 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 4/28/2018 2:37:55 PM | PHL | Inactive | | | | |
| 4/4/2018 4:05:14 AM | 4/4/2018 4:05:14 AM | PHL | Inactive | | | | |
| 4/4/2018 4:05:13 AM | 4/4/2018 4:05:13 AM | PHL | Inactive | | | | |
| 3/11/2018 5:37:42 PM | 3/26/2018 8:38:42 PM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 3/23/2018 8:07:34 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 3/14/2018 7:52:36 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/7/2018 4:02:51 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/7/2018 4:02:50 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/7/2018 4:02:50 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/7/2018 4:02:50 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/7/2018 4:02:49 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/7/2018 4:02:49 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/7/2018 4:02:47 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/6/2018 3:24:22 AM | PHL | Inactive | | | | |
| 2/6/2018 3:24:22 AM | 2/6/2018 3:24:22 AM | PHL | Inactive | | | | |

Date:     07/28/2020
Time:     02:10 PM

Location: DC

Federal Bureau of Prisons
TRUVIEW
Inmate Center Report
Sensitive But Unclassified

| Creation Date | Last Change Date | Loc | Status | Phone | Contact First Nm | Contact Last Nm | Alerted Block Description |
|---|---|---|---|---|---|---|---|
| 2/23/2016 11:52:22 AM | 3/3/2016 6:52:24 PM | FTD | Inactive | | | | |
| 12/8/2014 10:52:10 PM | 2/23/2016 11:52:22 AM | FTD | Inactive | | | | |
| 1/16/2016 12:52:26 PM | 1/29/2016 8:07:28 PM | FTD | Inactive | | | | |
| 1/15/2016 8:37:14 AM | 1/29/2016 1:52:15 PM | FTD | Inactive | | | | |
| 12/8/2014 8:07:33 PM | 12/8/2014 10:52:10 PM | FTD | Inactive | | | | |

## Calls

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 1/7/2018 6:18:32 PM | FTD | Yes | 15 | | | | | | |
| 12/8/2017 7:57:33 PM | FTD | Yes | 15 | | | | | | |
| 11/9/2017 8:29:47 PM | FTD | Yes | 15 | | | | | | |
| 10/9/2017 7:13:57 PM | FTD | Yes | 15 | | | | | | |
| 9/9/2017 7:09:05 PM | FTD | Yes | 15 | | | | | | |
| 8/10/2017 8:02:52 PM | FTD | Yes | 15 | | | | | | |
| 7/11/2017 8:00:31 PM | FTD | Yes | 15 | | | | | | |
| 6/12/2017 7:59:55 PM | FTD | Yes | 15 | | | | | | |
| 5/13/2017 5:46:14 PM | FTD | Yes | 15 | | | | | | |

## Email List

| Creation Date | Loc | Status | Email Address | Contact Nm | Relationship | Reject Reason |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

## Email Messages

| Entered Date | Loc | Type | Status | Rev Req | Email Address | Contact Nm | Relationship |
|---|---|---|---|---|---|---|---|

Date:    07/28/2020
Time:    02:10 PM

Location: DC

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

| Entered Date | Loc | Type | Status | Rev Req | Email Address | Contact Nm | | | Relationship | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **No information was found for the given criteria.** | | | | | |

**Visitor List**

| Visitor Nm | | | Relationship | Address | City | St | Zip | Phone | Alpha Cd |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **No information was found for the given criteria.** | | | | | |

**Visits**

| Visitor Nm | Relationship | Address | City | St | Zip | Phone | Start Date | End Date | Alpha Cd |
|---|---|---|---|---|---|---|---|---|---|
| | | | **No information was found for the given criteria.** | | | | | | |

# Bureau of Prisons
## Psychology Services
### SHU Review

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| Inmate Name: | NOBLE, WILLIAM H | | | | Reg #: | 94082-038 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Facility FTD | Unit Team: | UNIT 3 |
| Date: | 01/23/2018 09:42 | Provider: | Marantz, Stacie PsyD/Chief | | | |

| Placed in SHU: | 05/13/2017 | Type: | SHU |
|---|---|---|---|
| Status: | ADMIN.DETENTION | Threat to Self: | Low |
| Basis of Review: | Inmate was interviewed | Adjustment: | Satisfactory, segregation not detrimental |
| Mental Status: | No significant mental health issues. | | |
| | | Threat to Others: | Low |

### Comments

SHU review was completed today. NOBLE was monitored while he was in SHU. He denied the presence of any current mental health complaints. NOBLE denied suicidal ideation or intent, and he declined the use of psychology services at this time. He appears to be adjusting adequately to segregation at this time. Will continue to be monitored during psychology SHU rounds.

Additionally, when asked, SHU Staff reported no concerns regarding his functioning or mental health.

Completed by Marantz, Stacie PsyD/Chief Psychologist on 01/23/2018 10:05

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: NOBLE, WILLIAM H | | Reg #: 94082-038 |
| Date of Birth: ███████ | Sex: M   Race: WHITE | Facility: FTD |
| Encounter Date: 07/27/2017 12:06 | Provider: Bynum, M. RN | Unit: Z03 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Bynum, M. RN

Chief Complaint: Medication Refill
Subjective: Requesting medication refill and chart review
Pain: Not Applicable

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2017 | 12:07 FTD | 66 | | | Bynum, M. RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/27/2017 | 12:07 FTD | 12 | Bynum, M. RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/27/2017 | 12:07 FTD | 145/85 | | | | Bynum, M. RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/27/2017 | 12:07 FTD | 100 | | Bynum, M. RN |

**ASSESSMENT:**

No Significant Findings/No Apparent Distress
Requesting medication refill and chart review. CC verified

**PLAN:**

Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | NOBLE, WILLIAM H | | | Reg #: | 94082-038 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M    Race:   WHITE | Facility: | FTD |
| Encounter Date: | 07/27/2017 12:06 | Provider: | Bynum, M. RN | Unit: | Z03 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 370504-FTD | Naproxen 500 MG Tab | 07/27/2017 12:06 | Take one tablet (500 MG) by mouth every twelve hours rrr "Chronic Care Verified" x 30 day(s) |

**Indication:** Arthropathy, unspecified, Anterior soft tissue impingement

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2017 | Counseling | Access to Care | Bynum, M. | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Ibe, Chigozie PA-C
**Telephone or Verbal order read back and verified.**

Completed by Bynum, M. RN on 07/27/2017 12:09
Requested to be cosigned by Ibe, Chigozie PA-C.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | NOBLE, WILLIAM H | | Reg #: | 94082-038 |
| Date of Birth: | | Sex: M | Race: | WHITE |
| Encounter Date: | 07/27/2017 12:06 | Provider: Bynum, M. RN | Facility: | FTD |

Cosigned by Ibe, Chigozie PA-C on 07/27/2017 12:27.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: NOBLE, WILLIAM H | | | Reg #: 94082-038 |
| Date of Birth: ▮ | Sex: M   Race: WHITE | | Facility: FTD |
| Encounter Date: 08/15/2017 14:51 | Provider: Ibe, Chigozie PA-C | | Unit: Z03 |

Mid Level Provider - Chronic Care Follow up encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**        Provider: Ibe, Chigozie PA-C

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

Subjective: This Patient is here for MLP chronic care follow-up, for renewal of chronic care clinic medications and or chart review. Per policy, renewal of chronic care medications is done pending an MD chronic care clinic re-evaluation. This patient has h/o the following: ▮ Patient states he is compliant with his medications. He denies any side effects of the medications he is currently taking. He has no other concerns at the present time

Pain:        No

**OBJECTIVE:**

Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/15/2017 | 14:54 FTD | | | Tympanic | Ibe, Chigozie PA-C |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/15/2017 | 14:54 FTD | ▮ | Via Machine | Regular | Ibe, Chigozie PA-C |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/15/2017 | 14:54 FTD | ▮ | Right Arm | Sitting | | Ibe, Chigozie PA-C |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/15/2017 | 14:54 FTD | ▮ | Room Air | Ibe, Chigozie PA-C |

Exam:

General
  Appearance

Pulmonary
  Observation/Inspection

  Auscultation

Cardiovascular
  Observation



Inmate Name: NOBLE, WILLIAM H
Date of Birth:
Encounter Date: 08/15/2017 14:51

Sex: M Race: WHITE
Provider: Ibe, Chigozie PA-C

Reg #: 94082-038
Facility: FTD
Unit: Z03

**Exam:**

**Auscultation**

**ASSESSMENT:**

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|-----------|-----------------|
|     |           |           |                 |

**Indication:**

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---------------|--------|---------------|----------|---------|
| 08/15/2017 | Counseling | Access to Care | Ibe, Chigozie | Verbalizes Understanding |

**Copay Required:** No
**Telephone/Verbal Order:** No

**Cosign Required:** No

Completed by Ibe, Chigozie PA-C on 08/15/2017 15:08

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: NOBLE, WILLIAM H | | Reg #: 94082-038 |
| Date of Birth: | Sex: M   Race: WHITE | Facility: FTD |
| Encounter Date: 01/11/2018 14:34 | Provider: Turner-Foster, Nicoletta | Unit: Z03 |

Chronic Care - Chronic Care Clinic encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Turner-Foster, Nicoletta MD/CD

**Chief Complaint:** ENDO/LIPID

**Subjective:**   This 52 year old male presents for his initial chronic care clinic evaluation with me. His FBOP sentence began on 11-29-2012. The patient arrived at FCI FTD on 09-04-2013. He was sentenced to serve 81 months in the FBOP. His projected release date is 03-08-2018.



**Pain:**       No

---

**COMPLAINT 2**       **Provider:** Turner-Foster, Nicoletta MD/CD

**Chief Complaint:** HYPERTENSION

**Subjective:**

**Pain:**       No

---

| Inmate Name: NOBLE, WILLIAM H | | | Reg #: 94082-038 |
| Date of Birth: | Sex: M   Race: WHITE | Facility: FTD |
| Encounter Date: 01/11/2018 14:34 | Provider: Turner-Foster, Nicoletta | Unit: Z03 |

**COMPLAINT 3**    **Provider:** Turner-Foster, Nicoletta MD/CD

Chief Complaint: MENTAL HEALTH

Subjective:

Pain:

---

**COMPLAINT 4**    **Provider:** Turner-Foster, Nicoletta MD/CD

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

Subjective:

Pain:

**Pain Assessment**

| | |
|---|---|
| Date: | 01/11/2018 18:28 |
| Location: | Multiple Locations |
| Quality of Pain: | |
| Pain Scale: | |
| Intervention: | |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | |
| Duration: | |
| Exacerbating Factors: | |
| Relieving Factors: | |
| Comments: | |

Seen for clinic(s): Endocrine/Lipid, Hypertension, Mental Health, Orthopedic/Rheumatology

**OBJECTIVE:**

Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/11/2018 | 17:52 FTD | | | Tympanic | Turner-Foster, Nicoletta MD/CD |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/11/2018 | 17:55 FTD | | Via Machine | Regular | Turner-Foster, Nicoletta MD/CD |
| 01/11/2018 | 17:52 FTD | | Via Machine | Regular | Turner-Foster, Nicoletta MD/CD |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| Inmate Name: | NOBLE, WILLIAM H | | | | | Reg #: | 94082-038 |
| Date of Birth: | | Sex: | M | Race: | WHITE | Facility: | FTD |
| Encounter Date: 01/11/2018 14:34 | | Provider: | Turner-Foster, Nicoletta | | | Unit: | Z03 |

| Date | Time | Rate Per Minute | Provider |
|------|------|------|------|
| 01/11/2018 | 17:52 FTD | | Turner-Foster, Nicoletta MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 01/11/2018 | 17:55 FTD | | Left Arm | Sitting | Adult-large | Turner-Foster, Nicoletta MD/CD |
| 01/11/2018 | 17:52 FTD | | Left Arm | Standing | Adult-large | Turner-Foster, Nicoletta MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|------|------|----------|-----|--|----------|
| 01/11/2018 | 17:52 FTD | | Room Air | | Turner-Foster, Nicoletta MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 01/11/2018 | 17:52 FTD | | | Turner-Foster, Nicoletta MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 01/11/2018 | 17:52 FTD | | | | Turner-Foster, Nicoletta MD/CD |

**Exam:**

**Diagnostics**
    **Laboratory**
        Yes: Results
    **Radiology**
        No: Results

**General**
    **Affect**
        Yes: Cooperative
    **Appearance**
        Yes: Appears Well

**Skin**
    **Lesions**

**Eyes**
    **Fundus Exam**

**Pulmonary**
    **Auscultation**

**Cardiovascular**
    **Auscultation**

    **Vascular**

**Peripheral Vascular**
    **General**



Inmate Name:  NOBLE, WILLIAM H          Reg #:  94082-038
Date of Birth:                          Facility:  FTD
Encounter Date:  01/11/2018 14:34       Unit:  Z03

Sex:  M  Race:  WHITE
Provider:  Turner-Foster, Nicoletta

**Exam:**

Legs

Abdomen
    Auscultation

Neurologic
    Coordination - Gait

**Exam Comments**

**ASSESSMENT:**

**PLAN:**

**New Medication Orders:**

Rx#          **Medication**              **Order Date**          **Prescriber Order**

Inmate Name:   NOBLE, WILLIAM H
Date of Birth:
Encounter Date: 01/11/2018 14:34

Sex:   M   Race:   WHITE
Provider:   Turner-Foster, Nicoletta

Reg #:   94082-038
Facility:   FTD
Unit:   Z03

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|-----------|------------------|
| | | | |

Indication: Psoriasis, unspecified

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|-----------|------------------|
| 370505-FTD | | | |
| 370503-FTD | | | |
| 394005-FTD | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---------|-----------|----------|----------|----------|
| | | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|-------|-----------|----------|---------|-----------|
| | | | | Turner-Foster, Nicoletta MD/CD |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|----------|----------------|--------------------|
| Chronic Care Visit | 01/11/2019 00:00 | Physician 01 |
| CARE LEVEL 2 | | |

**Disposition:**

**Other:**

CARE LEVEL 2

Inmate Name:  NOBLE, WILLIAM H                                    Reg #:    94082-038
Date of Birth:                            Sex:    M    Race:  WHITE    Facility:  FTD
Encounter Date:  01/11/2018 14:34         Provider:  Turner-Foster, Nicoletta    Unit:    Z03

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/12/2018 | Counseling | Plan of Care | Turner-Foster, Nicoletta | Verbalizes Understanding |

Patient's mental health medication prescription was renewed. Also, the patient was instructed to notify staff if he becomes suicidal or to access medical care via sick call as per local institutional procedure if his mental health issues are not controlled.

Patient instructed to sign up for sick call as per local institutional procedure if his pain does not improve or if he develops any medical issues prior to his next clinic visit.

He was informed of his BMI. He was educated extensively on the rationale of manipulating his metabolism and decreasing his caloric intake to decrease his weight (BMI) and consequently, normalizing his blood pressure while decreasing his risk of developing diabetes and hyperlipidemia.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Turner-Foster, Nicoletta MD/CD on 01/12/2018 11:13

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | NOBLE, WILLIAM H | | | | Reg #: | 94082-038 |
| Date of Birth: | | Sex: | M | Race: WHITE | Facility: | FTD |
| Note Date: | 01/19/2018 13:35 | Provider: | | Patel, Pradip MD | Unit: | Z03 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE 1**    **Provider:** Patel, Pradip MD

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| | | 02/02/2018 00:00 | Routine |

**Copay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Patel, Pradip MD on 01/19/2018 13:37

Patient: William Noble
ID: 94082-038
Facility: Fort DIX
Date: 1-24-18

Exam: MRI right shoulder

History: Pain.

Technique: Multiplanar T1 and T2 weighted sequences.

Findings:

There is increased signal present within the supraspinatus tendon. Much of this represents tendinopathy/tendinitis but there is a small focus of partial tear involving the anterior fibers near the insertion site. There is a small amount of fluid in the subacromial subdeltoid bursa. The remaining muscles and tendons of the rotator cuff appear to be intact.

Acromioclavicular joint arthritic changes identified. There may be a component of impingement on the supraspinatus tendon gliding undersurface osteophytes.

Tendon of the long head of the biceps is present in the bicipital groove.

Bony structures otherwise intact without evidence for fracture, and dislocation or bony destructive lesions.

Impression.

1. There is increased signal present within the supraspinatus tendon. Much of this represents tendinopathy/tendinitis but there is a small focus of partial tear involving the anterior fibers near the insertion site. There is a small amount of fluid in the subacromial subdeltoid bursa. The remaining muscles and tendons of the rotator cuff appear to be intact.

2. Acromioclavicular joint arthritic changes identified. There may be a component of impingement on the supraspinatus tendon gliding undersurface osteophytes.

*Charles Muchnok MD*
Charles Muchnok M.D.

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | NOBLE, WILLIAM H | | | | Reg #: | 94082-038 |
| Date of Birth: | | Sex: | M | | Race: | WHITE |
| Scanned Date: | 01/29/2018 13:46 EST | | | | Facility: | PHL |

Reviewed by Chinwalla, F. DO on 02/08/2018 10:16.

## Medication Administration Record

Facility: PHILADELPHIA FDC

| Prescriptions | | Time | 02/05/18 | 02/06/18 | 02/07/18 | 02/08/18 | 02/09/18 | 02/10/18 | 02/11/18 |
|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 01/12/18 11:21 Exp. Date 01/12/19 11:20 409195-FTD | NOBLE, WILLIAM 94082-038            Turner-Foster, (12) Refills **Take one tablet by mouth each morning** Lisinopril 20 MG Tab | 0800 | | | | | | | |
| Ord. Date 01/12/18 11:21 Exp. Date 07/11/18 11:20 409196-FTD | NOBLE, WILLIAM 94082-038            Turner-Foster, (17) Refills **Take one tablet (500 MG) by mouth every twelve hours rrr "Chronic Care Verified"** Naproxen 500 MG Tab | 0800 1600 | | | | | | | |
| Ord. Date 01/12/18 11:21 Exp. Date 01/12/19 11:20 409197-FTD | NOBLE, WILLIAM 94082-038            Turner-Foster, (12) Refills **Take one tablet by mouth at bedtime "Consent form on file"** Sertraline HCl 50 MG Tab | 1600 | | | | | | | |
| Ord. Date 01/12/18 11:22 Exp. Date 02/11/18 11:21 409202-FTD | NOBLE, WILLIAM 94082-038            Turner-Foster, (0) Refills **Apply a small amount topically to the affected area(s) twice daily** Triamcinolone 0.1% 15 GM Ointment | 0800 1600 | | | | | | | X |
| Ord. Date Exp. Date Order | NOBLE, WILLIAM 94082-038            Turner-Foster, | | | | | | | | |
| Ord. Date Exp. Date Order | NOBLE, WILLIAM 94082-038            Turner-Foster, | | | | | | | | |
| Ord. Date Exp. Date Order | NOBLE, WILLIAM 94082-038            Turner-Foster, | | | | | | | | |
| Ord. Date Exp. Date Order | NOBLE, WILLIAM 94082-038            Turner-Foster, | | | | | | | | |

| Documentation Codes: H - Hold; R - Refused; DC - Discontinued Order; S - Self Administered; NS - No Show; O - Other | |
|---|---|
| DOB: ▮▮▮▮ HT: 66        WT: 228 Physician: Turner-Foster, Nicoletta MD/CD Pt. Name: NOBLE, WILLIAM | Allergies: No Known Allergies  Registration #: 94082-038        Unit: R01-001L |