# Exhibit J

# This exhibit will be provided to the court and counsel on a CD