UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM H. NOBLE,<br>a/k/a "Bill" | Crim. No. 18-309 (JHR)<br><br>Hon. Joseph H. Rodriguez<br><br>**Attachment A to Government's Proposed** *Voir Dire* **Questions** |

During the course of the trial in United States v. William H. Noble, you may hear testimony from or concerning the following individuals:

1. William H. Noble, a/k/a "Bill"
2. Charles Wesley Bush
3. Anthony C. Jeffries
4. Jordan T. Allen
5. Paul C. Marlowe
6. Christopher D. Roffler
7. Brian J. McKay
8. Marcos Aponte
9. Jacob Scott Good
10. Jason Frank
11. Igor Faynshteyn
12. Ronald Feliciano Jr.
13. Jonathan Martin
14. Erik Michael Smith
15. Special Agent Kevin Matthews
16. Special Agent Anthony DiPietro
17. Special Agent R. Derek Rieck
18. Special Agent Monica Cueto
19. Special Agent John Sullivan
20. Special Agent Brian McCaffery
21. Special Agent Ryan Brogan
22. Special Agent Benjamin Allen
23. Special Agent Catherine Petula
24. Special Agent Stephen Jamison
25. Special Agent Suzanne Beck
26. Special Agent Daniel Garrabrant
27. Special Agent Michael Price
28. Special Agent James Sierputowski

29. Special Agent Amy Veivia
30. Special Agent Mary Gardocki
31. Special Agent Steven Martz
32. Special Agent Erin Brandt
33. AS Russell Reed
34. CS Alberto Carranza
35. Special Agent J. Brooke Donahue
36. Special Agent Steven Newman
37. Tactical Specialist Elizabeth Melly
38. Administrative Specialist Michael Mooney
39. ELSUR Operations Technician Bridgette Blake
40. ELSUR Operations Technician Maryanne Campbell
41. SIS Technician Brian Virgilio
42. Lieutenant Percy Johnson